B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of Massachusetts | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rainbow Movers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**04-2259372** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**19 National Drive**<br>**Franklin, MA**<br>ZIP Code **02038** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Norfolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rainbow Movers, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rainbow Movers, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *(signed)* Nina Parker
Signature of Attorney for Debtor(s)

**Nina M. Parker 389990**
Printed Name of Attorney for Debtor(s)

**Parker and Associates**
Firm Name

**10 Converse Place**
**Winchester, MA 01890**

Address

Email: nparker@ninaparker.com
(781)729-0005  Fax: (781)729-0187
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signed)* Norman F. McEnaney
Signature of Authorized Individual

**Norman F. McEnaney**
Printed Name of Authorized Individual

**Duly Authorized**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re  **Rainbow Movers, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A. Santini Moving & Storage<br>6 Fitzgerald Avenue<br>Monroe Township, NJ 08831 | A. Santini Moving & Storage<br>6 Fitzgerald Avenue<br>Monroe Township, NJ 08831 | | | 3,262.80 |
| AUTO DRIVEAWAY BOSTON<br>480 NEPONSET STREET #16 B<br>CANTON, MA 02021 | AUTO DRIVEAWAY BOSTON<br>480 NEPONSET STREET #16 B<br>CANTON, MA 02021 | | | 13,735.00 |
| Bay State Gas<br>P.O Box 742514<br>Cincinnati, OH 45274-2514 | Bay State Gas<br>P.O Box 742514<br>Cincinnati, OH 45274-2514 | | | 7,060.08 |
| Blue Cross Blue Shield<br>P.O. Box 4701<br>Woburn, MA 01888-4701 | Blue Cross Blue Shield<br>P.O. Box 4701<br>Woburn, MA 01888-4701 | | | 17,265.93 |
| Capital One, F.S.B.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One, F.S.B.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | | | 5,647.66 |
| Coletta's Garage<br>425 Richmond Street<br>Providence, RI 02903 | Coletta's Garage<br>425 Richmond Street<br>Providence, RI 02903 | | | 2,912.58 |
| Custom Movers Services, Inc.<br>3290 Kent Road<br>Stow, OH 44224 | Custom Movers Services, Inc.<br>3290 Kent Road<br>Stow, OH 44224 | | | 4,280.01 |
| Fleet Petroleum<br>307 Hartford Tpke<br>Shrewsbury, MA 01545 | Fleet Petroleum<br>307 Hartford Tpke<br>Shrewsbury, MA 01545 | | | 34,146.06 |
| Forge Park Land LLC<br>C/O National Development<br>2310 Washington St.<br>Newton Lower Falls, MA 02462 | Forge Park Land LLC<br>C/O National Development<br>2310 Washington St.<br>Newton Lower Falls, MA 02462 | | | 9,401.00 |
| METRO WEST STEEL<br>730 MADISON ST<br>WRENTHAM, MA 02093 | METRO WEST STEEL<br>730 MADISON ST<br>WRENTHAM, MA 02093 | | | 4,930.00 |
| Metromedia<br>P.O. Box 13021<br>Lewiston, ME 04243 | Metromedia<br>P.O. Box 13021<br>Lewiston, ME 04243 | | | 7,132.46 |

B4 (Official Form 4) (12/07) - Cont.

In re **Rainbow Movers, Inc.**  Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Penske Truck Leasing** 92 New York Ave Framingham, MA 01701 | **Penske Truck Leasing** 92 New York Ave Framingham, MA 01701 | | | 3,589.34 |
| **Penta-G Corporation** 255 Union St. Braintree, MA 02184 | **Penta-G Corporation** 255 Union St. Braintree, MA 02184 | | | 3,081.86 |
| **Premier Trailer Leasing** P. O. Box 403641 Atlanta, GA 30384-3641 | **Premier Trailer Leasing** P. O. Box 403641 Atlanta, GA 30384-3641 | | | 21,277.35 (0.00 secured) |
| **PRIMARILY CARE** 75 SOCKANOSSET CROSSROADS SUITE 300 CRANSTON, RI 02920 | **PRIMARILY CARE** 75 SOCKANOSSET CROSSROADS SUITE 300 CRANSTON, RI 02920 | | | 4,822.84 |
| **Titan Moving & Storage, Inc.** 32 Rugg Road Allston, MA 02134 | **Titan Moving & Storage, Inc.** 32 Rugg Road Allston, MA 02134 | | | 3,000.00 |
| **Utility Trailers of New England, Inc.** 242 Route 107 Seabrook, NH 03874 | **Utility Trailers of New England, Inc.** 242 Route 107 Seabrook, NH 03874 | | | 3,259.10 |
| **Victory Packaging** 8 INDUSTRIAL ROAD MILFORD, MA 01757 | **Victory Packaging** 8 INDUSTRIAL ROAD MILFORD, MA 01757 | | | 5,994.69 |
| **WTG Logistics, Inc.** 140 Epping Road Exeter, NH 03833 | **WTG Logistics, Inc.** 140 Epping Road Exeter, NH 03833 | | | 4,846.35 |
| **Yellowpages.com LLC** P.O. Box 601141 Los Angeles, CA 90060-1141 | **Yellowpages.com LLC** P.O. Box 601141 Los Angeles, CA 90060-1141 | | | 10,916.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Duly Authorized of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 6, 2011**    Signature    **/s/ Norman F. McEnaney**
                                         **Norman F. McEnaney**
                                         **Duly Authorized**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Massachusetts

In re  **Rainbow Movers, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Duly Authorized of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 6, 2011**

**/s/ Norman F. McEnaney**  
**Norman F. McEnaney**/**Duly Authorized**  
Signer/Title

A. Santini Moving & Storage
6 Fitzgerald Avenue
Monroe Township, NJ 08831

AAA Custom Alarm Systems
798 Providence St.
West Warwick, RI 02893-1142

ADP Inc.
225 Second Ave.
Waltham, MA 02454

ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290-1006

AFLAC
1932 Wynnton Road
Columbus, GA 31999-0797

AIR VAN MOVING GROUP
10510 NORTHUP WAY SUITE 110
KIRKLAND, WA 98033

AP Cleaning Service
309 Center Street
Easton, MA 02356

Aquawave
195 New Hampshire Ave.
Suite 100
Portsmouth, NH 03801

Aquawave Water - 19N Franklin
195 New Hampshire Ave
Suite 100
Portsmouth, NH 03801

Arnoff Moving & Storage of Florida, Inc.
3620 South Federal Highway
Ft. Pierce, FL 34982

Atlantic Distribution Services
140 Epping Rd Unit 2
Exeter, NH 03833

Atlantic Properties
100 Armstrong Road, Suite 206
Plymouth, MA 02360

AUTO DRIVEAWAY BOSTON
480 NEPONSET STREET #16 B
CANTON, MA 02021

```
Bay State Gas
P.O Box 742514
Cincinnati, OH 45274-2514

Blue Cross Blue Shield
P.O. Box 4701
Woburn, MA 01888-4701

BRODIE, TOYOTA LIFT
P. O. BOX 1888
10 BALLARD ROAD
LAWRENCE, MA 01843

Bruno Durr
Patricia Durr
c/o Lewin and Lewin
One Salem Street, Ste. 202
Malden, MA 02148

Capital One, F.S.B.
P.O. Box 71083
Charlotte, NC 28272-1083

Chase Auto Finance
P.O. Box 901076
Fort Worth, TX 76101

Chase Automotive Finance
P.O. Box 78067
Phoexix, AZ 85062-8067

CITYWIDE DISPOSAL
P.O. BOX 2371
ATTLEBORO, MA 02073

Coghlin Network Services
100 Prescott Street
Worcester, MA 01605

Coletta's Garage
425 Richmond Street
Providence, RI 02903

Colonial Supplemental Ins.
P.O. Box 1365
Columbia, SC 29202-1365

Comcast   (Plymouth)
PO Box 1577
Newark, NJ 07101-1577

Custom Movers Services, Inc.
3290 Kent Road
Stow, OH 44224
```

D & B
P.O. Box 75542
Chicago, IL 60675-5542

David M Mullins Co Inc
P.O. Box 24
Avon, MA 02322

Derosier North American
110 MAYFAIR PLACE
STRATFORD, CT 06497

DSCI
P.O. BOX 984001
BOSTON, MA 02298-4001

E-Zpass
Violations Processing Center
P.O. Box 52005
Newark, NJ 07101-8205

E.L. Harvey & Sons, Inc.
68 Hopkinton Road
Route 135
Westboro, MA 01581

ENTERPRISE CLEANING CORPORATION
340 MAIN STREET, SUITE 777
WORCESTER, MA 01608

EXCEL
2612 DISCOVERY DR.
RALEIGH, NC 27616

Executive Movers Service, Inc.
1819 Underwood Blvd., Unit 6
Delran, NJ 08075

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

First Rainbow Realty Trust and
Second Rainbow Realty Trust
19 National Drive
Franklin, MA 02038

FISHER MOVING & STORAGE, INC.
S. 5220 CAMP ROAD
HAMBURG, NY 14075

Fleet Petroleum
307 Hartford Tpke
Shrewsbury, MA 01545

Fletcher, Tilton & Whipple P.C.
Counselors At Law
370 Main St 12th Floor
Worcester, MA 01608-1779

Forge Park Land LLC
C/O National Development
2310 Washington St.
Newton Lower Falls, MA 02462

GE CAP (1479708-002, 003)
P. O. BOX 822108
PHILADELPHIA, PA 19182-2108

GE Capital
7285 W. 132nd Street, Ste. 260
Overland Park, KS 66213

GE CAPITAL #5860528-001
P. O. BOX 822108
PHILADELPHIA, PA 19182-2108

GE Capital 5850952-001
Philadelphia, PA 19182-2108


GREATER BAY RELOCATION SERVICES
1000 E GRANTLINE ROAD #300
TRACY, CA 95304

GREATER SYRACUSE MVG & STG
6255 E. TAFT ROAD
NORTH SYRACUSE, NY 13212

Griggs & Browne(Abington)
140 Brockton Avenue
Abington, MA 02351

HFP Corporation
32 Char Drive
Westfield, MA 01085

Hiway Recovery
P.O. Box 704
Upton, MA 01568

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internet Truckstop
P.O. Box 99
New Plymouth, ID 83655

Interstate Worldwide Relocation
5801 Rolling Road
Springfield, VA 22152

James J. Sullivan Insurance
151 Hancock Street
Quincy, MA 02171

JK Moving & Storage Inc
44112 Mercure Circle
Sterling, VA 20166-2017

KELLY MOVING & STORAGE CO.
1245 PALMOUR DR. SUITE T
GAINESVILLE, GA 30501

Konica Minolta
One Deerwood
10201 Centurian Parkway North, Ste. 100
Jacksonville, FL 32256

Konica Minolta Rent
21146 Network Place
Chicago, IL 60673-1211

Livingston Moving & Storage
21207 Coffeen Street
Rt 12 F
Watertown, NY 13601

Lovey's
161 Turnpike Road
Shrewsbury, MA 01545

M & G Materials Handling Co.
860 Waterman Ave.
P.O. Box 14175
E. Providence, RI 02914-4175

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Matt Rossi
21152 Kimbrough Lane
Cornelius, NC 28031

MAYBERRY'S VAN & STORAGE, INC.
1850 CARDINGTON ROAD
DAYTON, OH 45409

METRO WEST STEEL
730 MADISON ST
WRENTHAM, MA 02093

```
Metromedia
P.O. Box 13021
Lewiston, ME 04243

Metropolitan Telecomm.
P.O. Box 9660
Manchester, NH 03108-9660

Mid-State International Trucks
35 Southwest Cutoff
Worcester, MA 01604

Midwest Lift Trucks
9951 Norman Road
Clarkston, MI 48348

MIKE LUCHUK (SNOW REMOVAL)
99 LAKESHORE DRIVE
BELLINGHAM, MA 02019

Milburn Printing
120-A Wilbur Place
Bohemia, NY 11716

MOVERS SPECIALTY SERVICE, INC.
211 COMMERCE DRIVE
MONTGOMERYVILLE, PA 18936

MPE GRAPHICS CORP
120-A Wilbur Place
Bohemia, NY 11716

National Business Supply, Inc
5419 S. Decatur Blvd
Suite A
Las Vegas, NV 89118

National Grid
P.O. Box 1005
Woburn, MA 01807-1005

NELSON MOVING & STORAGE
25742 ATLANTIC OCEAN
LAKE FOREST, CA 92630

New Haven Moving Equipment Corp
P.O. Box 7007
Fredericksburg, VA 22404-7007

Nicolas Frischer (commissions)
409 Main Road
P. O. Box 223
Chesterfield, MA 01012
```

```
Norfolk Grand Rental
262 Dedham Street
Norfolk, MA 02056

Norman McEnaney
P.O. Box 1954
Orleans, MA 02653

Norman McEnaney
Nancy McEnaney
8 Lindas Lane
Orleans, MA 02653

North American International, Inc.
4746 Solutions Center
Chicago, IL 60677-4007

Northern Energy Services
78 West Main Street
Northborough, MA 01532

One Communications
P.O. Box 415721
Boston, MA 02241-5721

PACELLA DISPOSAL CORP.
P.O. BOX 688
FOXBORO, MA 02035

Palmer Moving & Storage Inc.
24660 Dequindre Road
Warren, MI 48091-3332

Penske Truck
P.O. Box 827380
Philadelphia, PA 19182-7380

Penske Truck Leasing
92 New York Ave
Framingham, MA 01701

Penske Truck Leasing
P.O. Box 827380
Philadelphia, PA 19182

Penta-G Corporation
255 Union St.
Braintree, MA 02184

Permit Puller
4 Myrtle Street
Boston, MA 02114-4104
```

```
PICARD CONSTRUCTION
85 PEVEY STREET
LOWELL, MA 01851

PICKENS-KANE
3165 EAGLE WAY
CHICAGO, IL 60678-1031

PITNEY BOWES GLOBAL FINANCIAL SERVICES L
P. O. BOX 856460
LOUISVILLE, KY 40285-6460

Poland Spring Water
Processing Center
P.O. Box 856192
Louisville, KY 40285-6192

Premier Trailer Leasing
P. O. Box 403641
Atlanta, GA 30384-3641

PRIMARILY CARE
75 SOCKANOSSET CROSSROADS
SUITE 300
CRANSTON, RI 02920

Quality Transitions, Inc.
P.O. Box 1502
Charlestown, RI 02813

Rainbow Realty Corporation
19 National Drive
Franklin, MA 02038

RAINIER OVERSEAS MOVERS, INC.
P.O. BOX 97004
BELLEVUE, WA 98009-9704

RAY THE MOVER
12600 Westlinks Dr. #7
Ft Myers, FL 33913

Residential Properties LTD
25 Thurber Blvd
Suite 6
Smithfield, RI 02917

ROBERT MERRY
40 Pembroke Street
KINGSTON, MA 02364

Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693
```

```
SCG & Associates
PO Box 3018
Pocasset, MA 02559

Secured Network Services (Franklin)
1504 Providence Highway
Suite 23
Norwood, MA 02062

SECURITY STORAGE & VAN COMPANY
5786 SELLGER DRIVE
NORFOLK, VA 23502-5252

Selectstaff
60 Worcester Road
Framingham, MA 01702

SENTRY INTERNATIONAL
P.O. BOX 48078
JACKSONVILLE, FL 32247-8078

Staples Business Advantage
Dept BOS
P.O. Box 415256
Boston, MA 02241-5256

STERLING INTERNATIONAL
5200 INTERCHANGE WAY
LOUISVILLE, KY 40229

Sterling Moving & Storage Inc.
8441 Dorsey Run Road
Jessup, MD 20794

Stevens International
P.O. Box 3286
Saginaw, MI 48605-3286

TD Bank
370 Main Street
Worcester, MA 01608

Timothy Mc Enaney
107 Mendon Street
Blackstone, MA 01504

Timothy McEnaney
107 Mendon Road
Blackstone, MA 01504

Titan Moving & Storage, Inc.
32 Rugg Road
Allston, MA 02134
```

```
Town of Franklin
Office of the Treasurer-Collector
P.O. Box 367
Franklin, MA 02038

Town of Franklin RE Tax
Town of Franklin
P.O. Box 981045
Boston, MA 02298-1045

Town of Plymouth/Water Sewer
P. O. Box 981011
Boston, MA 02298-1011

Toyota Financial
P.O. Box 8026
Cedar Rapids, IA 52409

Turcotte Data & Design
247 Northampton Street
Easthampton, MA 01020

Twin Oaks Moving Co.
PO Box 873
Wrightsown, NJ 08562

US Traffic
8604 East Sligh Avenue
Tampa, FL 33610

Utility Trailers of New England, Inc.
242 Route 107
Seabrook, NH 03874

Valley Relocation & Storage   (CA)
4020 Nelson Ave
Suite 200
Concord, CA 94520

VALLEY RELOCATION AND STORAGE
4020 NELSON AVE., SUITE 200
CONCORD, CA 94520

Valu Van, Inc.
2101 -R Keystone Avenue
Greensburg, PA 15601

Verizon
P.O. Box 1100
Albany, NY 12250-0001

Verizon
PO Box 1100
Albany, NY 12250-0001
```

```
Verizon Wireless
P.O. Box 15062
Albany, NY 12212-5062

Victory Packaging
8 INDUSTRIAL ROAD
MILFORD, MA 01757

WARD MOVING STORAGE DIST
17275 GREEN MOUNTAIN RD
SAN ANTONIO, TX 78247

WTG Logistics, Inc.
140 Epping Road
Exeter, NH 03833

XO Communications(29190)
14239 Collections Center Drive
Chicago, IL 60693

Yellowpages.com LLC
P.O. Box 601141
Los Angeles, CA 90060-1141
```